

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NOS. 02-14-00052-CR**
**02-14-00053-CR**
**02-14-00054-CR**

DOUGLAS BRAY                                                             APPELLANT

V.

THE STATE OF TEXAS                                                           STATE

----------

FROM THE 431ST DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. F-2013-0106-A, F-2013-2036-A, F-2013-2037-A

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Motion To Withdraw Notice Of Appeal And For Dismissal Of Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having

---

[1]*See* Tex. R. App. P. 47.4.

been delivered before we received this motion, we grant the motion and dismiss the appeal.  *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; MEIER, and GABRIEL, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  June 25, 2015